# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GEORGE McLAUGHLIN,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-424

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #16) is **ADOPTED** in full;
2. The Commissioner's non-disability determination is **REVERSED**;
3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for an immediate award of benefits; and
4. This case is terminated on the docket of this Court.

Date: 4.29.19

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE